UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID A. SCHWAB,

    Plaintiff,

v.                                                       Case No:   2:12-cv-315-FtM-38UAM

THE HUNTINGTON NATIONAL
BANK,

    Defendant.
_____/

**ORDER**

This matter comes before the Court following a status conference with the Parties held by the undersigned on September 23, 2013. The Parties expressed an interest in the magistrate judge holding a settlement conference in this matter after the filing of dispositive motions. Thus, the Court will refer this matter for a settlement conference before the Honorable Douglas N. Frazier. The case is currently set for trial term commencing in February, pursuant to the amended deadlines agreed upon during the hearing. The parties shall contact Judge Frazier after the dispositive motions have been filed to obtain a date for a settlement conference convenient with his schedule.

Accordingly, it is now

**ORDERED:**

1. The case is **referred** to the Honorable Magistrate Judge Douglas N. Frazier to conduct a settlement conference and to enter any related Orders as deemed appropriate.

2. The parties shall contact Judge Frazier after the dispositive motions have been filed to obtain a date for a settlement conference convenient with his schedule.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

Hon. Douglas N. Frazier
United States Magistrate Judge