UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID A. SCHWAB,

    Plaintiff,

v.                                          Case No:   2:12-cv-315-FtM-38UAM

THE HUNTINGTON NATIONAL
BANK,

    Defendant.
_____/

## ORDER

This matter comes before the Court upon *sua sponte* review of the docket and the Court's calendar.  As a matter of background, on June 4, 2013, final pretrial conference was scheduled for December 16, 2013 and the trial term was set for January 6, 2014.   Since that date, the Court has re-scheduled the final pretrial conference and trial term to January and February respectively.  See Amended Case Management and Scheduling Order Doc. #86. However, the original hearing date for the final pretrial conference inadvertently remained on the Court's calendar and a notice rescheduling the hearing time was generated due to a scheduling conflict.  Upon review, it is clear the final pretrial conference hearing is properly scheduled for January 6, 2014.  Thus, the hearing scheduled for December 16, 2013 is due to be terminated. The Court apologizes for any inconvenience or confusion this may have caused the parties.

    Accordingly, it is now

    **ORDERED:**

The Clerk of Court is Ordered to **CANCEL** the Final Pretrial Conference set for December 16, 2013.  As the Amended Case Management and Scheduling Order (Doc. #86) is the operative document governing case management deadlines, the Final Pretrial Conference remains set for **January 6, 2014** with the trial term beginning **February 3, 2014.**

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of November, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2