UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID A. SCHWAB,

    Plaintiff,

v.                                        Case No:   2:12-cv-315-FtM-38CM

THE HUNTINGTON NATIONAL BANK,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the Plaintiff David A. Schwab and the Defendant, Huntington National Bank's Stipulated Dismissal with Prejudice (Doc. #153) filed on July 9, 2014.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, the Plaintiff informs the Court that the Parties have stipulated to the dismissal of all claims between them including claims and counterclaims.  The Parties also move the Court to retain jurisdiction to enforce the terms of settlement agreement; however, it is the general policy of the Court to refuse to retain jurisdiction over a settlement agreement.  Therefore, the case is due to be dismissed with prejudice and the Court declines to retain jurisdiction over the settlement agreement.

Accordingly, it is now

**ORDERED:**

The Plaintiff David A. Schwab and the Defendant, Huntington National Bank's Stipulated Dismissal with Prejudice ([Doc. #153](Doc. #153)) is **GRANTED in part and DENIED in part**.

(1) The Stipulation to dismiss the case is **GRANTED**.  The case is **DISMISSED** with prejudice.  The Clerk of the Court is directed to enter judgment accordingly, terminate all pending motions, and close the case.

(2) The Parties request for the Court to retain jurisdiction over the settlement agreement is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of July, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record